UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770

Peter J. Messitte
Judge

(301) 344-0632

June 9, 2000

Joseph Martin English, IV, Esq.
McGuire, Woods, Battle & Boothe LLP
7 St. Paul Street, Suite 1000
Baltimore, MD 21202

Re:   Innovative Objects Solutions, Inc. v. Wagner, et al.
      Civil Action No. PJM 00-1591

Dear Mr. English:

    I note that on May 30, 2000, Defendants/Counterclaim-Plaintiffs Paul A. Wagner and Beyond Systems, Inc. removed the above-referenced case to this Court pursuant to 28 U.S.C. § 1441(b), asserting subject-matter jurisdiction based on diversity of citizenship. I also note that in response to my Standing Order Concerning Removal, Defendants indicated that they are both citizens of the State of Maryland.

    Section 1441(b) provides that diversity cases are removable "only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." *See also Hurt v. Dow Chem. Co.*, 963 F.2d 1142, 1145 (8th Cir. 1992); *ITT Indus. Credit Co. v. Durango Crushers, Inc.*, 832 F.2d 307, 308 (4th Cir. 1987); *Hill v. Crown Oil & Gas Co.*, 79 F. Supp. 2d 584, 585 (D. Md. 1999). In this case, it appears that both Defendants are Maryland citizens, and therefore that this case is not removable.

    Accordingly, Defendants are directed to show cause with twenty (20) days hereof why this case should not be remanded to the Circuit Court for Montgomery County.

    Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

Peter J. Messitte
United States District Judge