IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | | |
|---|---|---|
| INNOVATIVE OBJECTS SOLUTIONS | * | |
| Plaintiff | * | |
| vi. | * | Case No.: PJM 8:00-1591 |
| | * | |
| BEYOND SYSTEMS, INC. and PAUL WAGNER | * | FILED ____ ENTERED ____ LODGED ____ RECEIVED |
| Defendant | * | JUN 2 1 2000 |

\* \* \* \* \* \* \* \* \* AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ORDER

Upon consideration of the parties' Consent Motion to Remand, without any opposition thereto, it is this _21_ day of _June_, 2000

ORDERED that the above-captioned case is hereby REMANDED to the Circuit Court for Montgomery County for further proceedings.

_____
Judge Peter J. Messitte
U.S. District Court for the
District of Maryland

\\COM\18297.1



MICROFILMED
2 ?